UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-62276-ALTMAN/Hunt

**JOANNE WALSH**,
*on behalf of herself and others similarly situated*,

    *Plaintiff*,

v.

**DISABILITY HELP GROUP, LLC**,

    *Defendant*.
_____/

**ORDER**

The Plaintiff filed a Notice of Settlement [ECF No. 63], informing the Court that the parties have resolved their dispute. We hereby **ORDER and ADJUDGE** as follows:

1. The above-styled action shall remain **CLOSED** without prejudice to the parties to file a stipulation of dismissal and a motion for preliminary approval of the class action settlement by **March 13, 2024**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions, including the Motion to Dismiss [ECF No. 22], are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on February 12, 2024.

                                                                        **ROY K. ALTMAN**
                                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record