UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-62276-ALTMAN/Hunt

JOANNE WALSH,
*on behalf of herself and others similarly situated*,

    *Plaintiff*,

v.

DISABILITY HELP GROUP, LLC,

    *Defendant*.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 65] pursuant to FED. R. CIV. P 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that this action is **DISMISSED** *with prejudice* as to the Plaintiff's individual claims and *without prejudice* as to any other member of the putative class's right to bring claims. Each party shall bear its own attorneys' fees and costs. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on March 18, 2024.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record